CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 2 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS TULLY,<br>    Plaintiff, | Civil Action No. 7:07-cv-00165 |
| | **FINAL ORDER** |
| v. | |
| MAGISTRATE NAOMI LONG, et al.,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that this action is hereby **DISMISSED**; Tully's motion to proceed in forma pauperis is **DENIED as MOOT**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 11th day of April, 2007.

_____
United States District Judge